Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Sondra Hitch

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SONDRA HITCH<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 2:18-cv-00404-KJM-GGH<br><br>**ORDER** |

    Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED: June 6, 2018

_____
UNITED STATES DISTRICT JUDGE

1
ORDER